UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MONIKA LYNN DECKER,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C14-446 JCC-BAT

**REPORT AND RECOMMENDATION**

Monika Lynn Decker filed a complaint seeking review of the Commissioner's denial of her application for Social Security benefits. Dkt. 3. The parties have filed a stipulated motion to reverse and remand the case for further administrative proceedings before an administrative law judge (ALJ), a de novo hearing, and a new decision in regard to Plaintiff's applications for benefits under the Social Security Act. Dkt. 18.

The Court has considered the motion and the record and recommends that the case be **REVERSED** and **REMANDED** pursuant to the parties' stipulation. The parties stipulate that on remand, the ALJ will update the record and further consider the opinion evidence including third party statements. The ALJ should also further evaluate the claimant's residual functional capacity and subjective complaints. If necessary, the ALJ should obtain vocational expert evidence to determine whether the claimant can perform other work.

1    The parties further agree that plaintiff will be entitled to reasonable attorney's fees and
2 costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.
3    As the parties stipulate to remand, the Court recommends that if this recommendation is
4 adopted, it be approved immediately. A proposed order accompanies this Report and
5 Recommendation.
6    DATED this 14th day of November, 2014.

                                              BRIAN A. TSUCHIDA
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2