THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MONIKA LYNN DECKER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　　Defendant. | CASE NO. C14-0446-JCC<br><br>ORDER REMANDING FOR<br>FURTHER PROCEEDINGS |

　　　Based on the parties' stipulated Motion to Reverse and Remand (Dkt. No. 18), and in consideration of sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991), the Commissioner's decision regarding Plaintiff's application for benefits under the Social Security Act is REVERSED and the case REMANDED to the Commissioner for further administrative proceedings before an Administrative Law Judge.

　　　On remand, the ALJ shall conduct a de novo hearing, update the record, and further consider the opinion evidence, including third party statements.  The ALJ should further evaluate the claimant's residual functional capacity and subjective complaints.  If necessary, the ALJ should obtain vocational expert evidence to determine whether the claimant can perform other work.

　　　Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. §


2412(d), upon proper request to this Court.

DATED this 17th day of November 2014.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE